

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-18-00902-CV

**ESTATE OF MANUEL G. FLORES, DECEASED,**

From the County Court, Bandera County, Texas
Trial Court No. 17-0030
Honorable Richard A. Evans, Judge Presiding

# O R D E R

The docketing statement was due December 10, 2018, but has not been filed. *See* Tex. R. Civ. P. 32.1(a) (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal). We **ORDER** appellant to file the docketing statement on or before **December 27, 2018**.

Furthermore, a filing fee of $205 was due when this appeal was filed, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Aug. 28, 2015). The clerk of the court notified appellant of this deficiency by letter dated November 28, 2018, and requested payment of the fee by December 10, 2018. The fee remains unpaid, and appellant has not filed a sworn statement of inability to afford payment of court costs.

We therefore **ORDER** that appellant, on or before **December 27, 2018,** must either: (1) pay the filing fee; or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs).

If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed without further notice. *See* TEX. R. APP. P. 5 (providing that an appellate court may enforce rule requiring payment of costs "by any order that is just"); R. 42.3 (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court